UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARDA BATES, *et al.,*

      Plaintiffs,

                                          Case No. 04-70303
v.                                         Hon. Gerald E. Rosen

COLONY PARK ASSOCIATION and
CLAY TOWNSHIP,

      Defendants.
_____/

## JUDGMENT OF DISMISSAL

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on  September 27, 2005

      PRESENT: Honorable Gerald E. Rosen
                          United States District Judge

     The Court having this day entered an Opinion and Order awarding summary judgment to Defendants and dismissing without prejudice the counterclaims asserted by Defendant Colony Park Association,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety.  IT IS FURTHER ORDERED, in accordance with the Court's Opinion and Order issued on this date, that sanctions are awarded against Plaintiffs and in favor of Defendant Clay Township pursuant to Fed. R. Civ. P. 11, in an amount to be determined in a subsequent order of the Court.

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated:  September 27, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 27, 2005, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager